No. 83–5446. TATU ET AL. *v.* DAVIS ET AL. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5460. BETKA *v.* CITY OF WEST LINN ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–253. MOYA *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Place,* 462 U. S. 696 (1983).

No. 83–453. NATIONAL LABOR RELATIONS BOARD *v.* UNITED PARCEL SERVICE, INC. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Transportation Management Corp.,* 462 U. S. 393 (1983).

No. 83–460. UNITED STATES *v.* MCMANIGAL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Russello* v. *United States, ante,* p. 16.

No. 82–1925. UNITED STATES DEPARTMENT OF STATE ET AL. *v.* WASHINGTON POST CO. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 812.] Judgment vacated and case remanded to the Court of Appeals with directions that it instruct the United States District Court for the District of Columbia to dismiss the complaint as moot.

No. A–233 (83–711). NIFONG *v.* UNITED STATES. C. A. 4th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–361. IN RE DISBARMENT OF MOORE. Disbarment entered. [For earlier order herein, see 462 U. S. 1114.]